UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLE T. MONSON (2),<br><br>Defendant. | NO: 2:11-CR-100-RMP-2<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

Before the Court is Defendant's Motion for Early termination of Supervised Release, ECF No. 512, heard without oral argument. Having reviewed the motion and the record in this case, the Court is fully informed and denies the motion.

At the time of sentencing in February, 2015, Mr. Monson was facing a sentencing range of 21 to 27 months of incarceration pursuant to the USSG, to be followed by three years of supervised release. The Court gave Mr. Monson a lenient sentence of six months of incarceration followed by three years of supervised release in order to allow Mr. Monson to prove himself while on supervised release. Mr. Monson represents that he currently is being successful

ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE ~ 1

both in maintaining employment and sobriety. However, considering Mr. Monson's previous history of substance abuse and extensive criminal history, the Court finds that an insufficient period of time has elapsed since incarceration and early termination of supervision is not appropriate. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Supervised Release, **ECF No. 512**, is **DENIED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 6th day of September 2016.

                                            *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                          United States District Judge

ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE ~ 2